SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO:      *1. Intake Clerk ** 

         *2. Case Administrator*

FROM:    *Financial Administrator*

DATE: 4/12/11

CASE NAME: Serveirs Enterprises

CASE NUMBER: 04-10477

---

Check Number 132 in the amount of $ 2791.56 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 00366     Intake Clerk's Initials JM

---

\*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

# TAMERA OCHS ROTHSCHILD, *Attorney At Law*

318 WEST SPRING STREET
TITUSVILLE, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840

April 11, 2011

Debbie Sciamanda, Clerk
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
Erie, PA 16501

Undeliverable Funds Turnover
In Re:      Seivers Enterprises, Inc.
No.         04-10477- TPA
Distribution Decree Dated: 12.09.10 D# 387

Dear Ms. Sciamanda:

I have distributed funds in accordance with the Distribution Decree entered. Check #114   $ 2,791.56 payable to Pictures & More, Inc. has not been negotiated in a timely manner, and now marked void by me as expired.

Although I did talk to the Executor of the Estate of the former owner of Pictures & More, Inc., which was sold and remains in business at the address appearing on the proof of claim.  He explained that the check went to the buyer's of Pictures & More, Inc. who turned it over to him, since they did not buy the Accounts Receivable, and that he does not currently have a clear means of cashing a check drafted to Picture's & More, Inc..  I suggested he consult counsel on how to resolve the issue and in the meantime return the check or let it expire and later file a Motion to recover the funds once he has the ability to establish his entitlement.

I am enclosing Bankruptcy Estate Check No. 132  in the amount of $2,791.56 turning over the full total of these checks payable to you herewith.

Very truly yours,

*Tamera Ochs Rothschild*
Tamera Ochs Rothschild

Enclosure: Check #132

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

132
60-249/433

| Case | Debtor |
|---|---|
| 04-10477 TPA | SEIVERS ENTERPRISES, INC. |
| 9200096178876 | |

Pictures & More Inc. claim payment turnover to Clerk

TID #580770
Tamera Ochs Rothschild
318 W. Spring St.
Titusville PA 16354

Date 04/11/2011          $ *******2,791.56

~~Two Thousand Seven Hundred Ninety-One Dollars and 56/100

Pay to the
Order of   Clerk of Bankruptcy Court
           U. S. Bankruptcy Court
           U.S. Courthouse, Room B160
           Erie PA 16501

Tamera Ochs Rothschild, Trustee

⑈000000132⑈ ⑆043302493⑆ 920009617887660⑈